**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ANACLETO S. ALCANTARA, JR., and CARMELITA ALCANTARA, d/b/a FILIPINO EXPRESS RESTAURANT and KAMBINGAN FILIPINO EXPRESS RESTAURANT,<br><br>Defendants. | CIVIL NO. 13-00266 DKW KSC<br><br>**FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS AGAINST DEFENDANT CARMELITA ALCANTARA**<br><br>Hearing: 10/6/2014; 9:30 a.m.<br>Hon.: Kevin S. C. Chang |

**FINDINGS AND RECOMMENDATION
TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AS AGAINST DEFENDANT CARMELITA ALCANTARA**

On 10/6/2014, this Court heard Plaintiff's Motion for Default Judgment as against Defendant CARMELITA ALCANTARA, filed 8/20/2014. Dan S. Ikehara, Esq., appeared by telephone on behalf of Plaintiff G&G Closed Circuit Events, LLC. No other appearances were made. The Court, having reviewed and considered the Motion, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgment, Affidavits, Declarations, Exhibits, argument

of counsel, the record and files herein, and being fully advised in the premises and for good cause appearing, finds and recommends as follows:

1. The Clerk's Entry of Default against Defendant CARMELITA ALCANTARA, individually, was entered on 6/20/2014.

2. There was no appearance, no objection and no opposition by any party to Plaintiff's Motion for Default Judgment against Defendant CARMELITA ALCANTARA.

3. Based upon Plaintiff's exhibits, affidavits, declaration and memorandum, the Court awards to Plaintiff $1,600.00 in statutory damages, and $5,000.00 in enhance damages to pursuant to 47 U.S.C. Section 605(e)(3)(c).

4. The Court also awards Plaintiff, $2,094.24 in attorneys' fees and tax, and $449.46 in costs, pursuant to 47 U.S.C. Section 605(e)(3)(B)(iii).

In accordance with the foregoing, this Court FINDS and RECOMMENDS that Plaintiff's Motion for Default Judgment as against Defendant CARMELITA ALCANTARA be GRANTED, and that Plaintiff be awarded $6,600.00 in statutory damages and $2,543.70 in attorneys' fees, tax, and costs, for a total of $9,143.70.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawai`i, October 16, 2014.



_____
Kevin S.C. Chang
United States Magistrate Judge