IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ANACLETO S. ALCANTARA, JR., and CARMELITA ALCANTARA, d/b/a FILIPINO EXPRESS RESTAURANT and KAMBINGAN FILIPINO EXPRESS RESTAURANT, <br><br> Defendants. | CIVIL NO. 13-00266 DKW KSC <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 16, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Motion for Default Judgment as Against

Defendant Carmelita Alcantara" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 3, 2014, Honolulu, Hawai'i.



        /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

G&G Closed Circuit Events, LLC v. Alcantara, et al.; Civil No. 13-00266 DKW KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION